1036

[No. 75029-1-I.   Division One.   January 17, 2017.]

JESSICA SIMPSON, *Appellant*, v. LINDA GIPSON ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Island
County, No. 16-2-00012-1, Vickie I. Churchill, J., entered
February 22, 2016. *Affirmed* by unpublished opinion per
Mann, J., concurred in by Trickey, A.C.J., and Leach, J.

[No. 76023-8-I.   Division One.   January 17, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE MARTIN
JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 15-1-00342-1, Gerald T. Costello, J., entered
December 3, 2015. *Affirmed* by unpublished opinion per
Trickey, A.C.J., concurred in by Leach and Mann, JJ.

[No. 76024-6-I.   Division One.   January 17, 2017.]

F.P.H. CONSTRUCTION, INC., *Respondent*, v. MAHMOUD
SHAHREZAEI ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 12-2-02585-3, Kevin D. Hull, J., entered Novem-
ber 23, 2015. *Affirmed* by unpublished opinion per Verellen,
C.J., concurred in by Cox and Dwyer, JJ.

[No. 76025-4-I.   Division One.   January 17, 2017.]

ROBERT HOWARD, *Appellant*, v. PSSC, INC., ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 15-2-00544-0, Kevin D. Hull, J., entered Novem-
ber 2, 2015. *Affirmed* by unpublished opinion per Verellen,
C.J., concurred in by Cox and Dwyer, JJ.